ELIZABETH C. LESSARD, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF DENISE RENEE LESSARD v. LOUIS RAYMOND LESSARD

No. 663A85

(Filed 6 May 1986)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 77 N.C. App. 97, 334 S.E. 2d 475 (1985), reversing summary judgment for defendant entered by *Chief Judge Lanning* on 13 August 1984 in MECKLENBURG District Court. Heard in the Supreme Court 14 April 1986.

*Walker, Palmer & Miller, P.A., by Joe T. Millsaps, for defendant-appellant.*

*Erwin, Beddow & Reese, P.A., by Fenton T. Erwin, Jr., for plaintiff-appellee.*

PER CURIAM.

Affirmed.